

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Gerald C. Waters, Jr., Esq.*
*Writer's Direct Dial: (516) 747-0300 ext. 173*
*Writer's Fax: (516) 237-2893*
*Email: gwaters@meltzerlippe.com*

September 22, 2022

<u>**Via ECF**</u>
Hon. Eric N. Vitaliano
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>*Decevic, et al. v. Alma Realty Corp., et al.*</u>
               <u>**EDNY Index No.: 1:22-cv-01622-ENV-LB**</u>

Dear Judge Vitaliano:

      Our office represents Defendants in the above referenced matter. We write now, pursuant to Your Honor's Individual Practices Rule I. B., jointly with Plaintiffs' counsel, to advise the parties reached an agreement in principle to settle the matter. As such, we respectfully request all upcoming deadlines in the matter be adjourned *sine die*. The parties are in the process of drafting the Settlement Agreement and respectfully request Your Honor permit the parties until October 21, 2022 to file same for a *Cheeks* review. We again thank the Court for its time and assistance in this matter.

                                                Respectfully submitted,

                                                */s/ Gerald C. Waters, Jr.*
                                                Gerald C. Waters, Jr., Esq.

GCW:cbc

___